UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, | CASE NO. 2:24-cv-694 |
| Plaintiff, | ORDER |
| v. | |
| JUDGE ADRIENNE MCCOY, | |
| Defendant. | |

This matter comes before the Court on referral from the United States Court of Appeals for the Ninth Circuit ("Referral"). Dkt. No. 10. Having reviewed the relevant record, the Court REVOKES Myriam Zayas's in forma pauperis status for her appeal, No. 24-3498.

Zayas moved to proceed in forma pauperis on May 17, 2024. Dkt. No. 1. In her complaint, she named Judge Adrienne McCoy, a King County Superior Court Judge, as the sole defendant. Dkt. No. 5. No summons was issued. *See generally* Dkt. Zayas alleges that Judge McCoy violated her rights by holding a "termination trial and pretend[ing] she was allowed to terminate [her] rights." Dkt. No. 5 at 4.

ORDER - 1

On May 21, 2024, this Court dismissed Zayas's complaint with prejudice and without leave to amend. Dkt. No. 6. In its order dismissing Zayas's action, this Court explained that her claims are barred by the doctrine of judicial immunity. Zayas named Judge McCoy as the sole defendant in her complaint. *See* Dkt. No. 5. Her allegations relate to actions taken by the judge in the judge's judicial capacity and judges are entitled to absolute judicial immunity for acts performed within this scope. *See Schucker v. Rockwood*, 846 F.2d 1202, 1204 (9th Cir. 1988) (per curiam) ("Judges are absolutely immune from damages actions for judicial acts taken within the jurisdiction of their courts.").

Zayas's IFP status should be revoked here. A good faith appeal must seek review of at least one "non-frivolous" issue or claim. *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). A frivolous claim is one that "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Zayas's complaint lacks an arguable basis in law, as the Court explained in its order dismissing her case.

Accordingly, it is hereby ORDERED:

- The Court CERTIFIES that Zayas's appeal is frivolous and not taken in good faith. Zayas's in forma pauperis status is revoked.
- The Clerk of the Court must provide a copy of this Order to all Parties and the Ninth Circuit.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 17th day of June, 2024.

ORDER - 2

Jamal N. Whitehead
United States District Judge

ORDER - 3